IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LARRY MOBLEY
Reg. #19360-076                                                                                           PLAINTIFF

V.                           CASE NO. 2:14-CV-00103 BD

UNITED STATES OF AMERICA                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 7th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE